IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Roger Lee Holmes, | ) |
|                Plaintiff, | ) C/A No. 1:17-1572-MBS |
| vs. | ) |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | ) **O R D E R** |
|                Defendant. | ) |

Plaintiff Roger Lee Holmes filed the within action on June 16, 2017, seeking judicial review of a final decision of Defendant Acting Commissioner of Social Security Administration denying Plaintiff's claim for Social Security disability insurance benefits. On November 8, 2018, the court issued an order reversing the decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) and remanded for further proceedings.

This matter now is before the court on Plaintiff's motion for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), which motion was filed November 21, 2018. Counsel moves for attorney's fees in the amount of $4,996.40. On December 4, 2018, the Commissioner filed a response indicating that she does not object to Plaintiff's request. Accordingly, Plaintiff's motion for attorney's fees under the EAJA (ECF No. 24 is **granted** in the amount of $4,996.40, to be paid in accordance with the procedures set forth in the Commissioner's response (ECF No. 25).

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
December 19, 2018